IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BENNIE McCARD, JR.,                  )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        CASE NO. 3:22-CV-250-WHA-SMD
                                     )
RUSSELL CO. JAIL, et al.,            )
                                     )
        Defendants.                  )

## O R D E R

This case is before the Court on a Recommendation of the Magistrate Judge entered

on July 19, 2022. Doc. 7.  There being no timely objections filed to the Recommendation,

and after an independent review of the file, the Recommendation is ADOPTED, and it is

hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 9th day of August 2022.

        /s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE